Commonwealth ex rel. Morgan, Appellant, *v.*
Russell.

Submitted June
8, 1964. *Ben Morgan,* appellant, in propria persona;
*Abner H. Silver* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,*
District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Nixon, Appellant, *v.*
Rundle.

Submitted June
8, 1964. *Harvey P. Nixon,* appellant, in propria persona; *David L. Creskoff* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,*
First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Pendleton, Appellant, *v.*
Rundle.

Submitted June
8, 1964. *James Pendleton,* appellant, in propria persona; *Abner H. Silver* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.